IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RHAMAY GRIMMETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) |
| THE CITY OF ATLANTA, | ) NO: 1:07-CV-3050-TCB |
| JUSTIN STROM, PRESTON | ) |
| HILL, and JUAN ORTIZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW, the Plaintiff, by and through counsel of record, and dismisses the within action with prejudice.

This __13__ day of November, 2009.

WEINSTOCK & SCAVO, P.C.

_____
Jan P. Cohen
Georgia Bar No. 174337
Matthew Carlton
Georgia Bar No. 110389

*Attorneys for Plaintiff*
3405 Piedmont Rd., N.E.
Suite 300
Atlanta, GA 30305
(404) 231-3999

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RHAMAY GRIMMETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE |
| | ) |
| THE CITY OF ATLANTA, | ) NO: 1:07-CV-3050-TCB |
| JUSTIN STROM, PRESTON | ) |
| HILL, and JUAN ORTIZ, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon counsel for the opposing parties in the foregoing matter a copy of the **DISMISSAL WITH PREJUDICE** by placing same in the United States Mail, postage prepaid, addressed as follows:

Elizabeth Chandler, Esq.
Dennis M. Young, Esq.
City of Atlanta Law Department
68 Mitchell Street, S.W., Suite 4100
Atlanta, Georgia 30303

This __13__ day of November, 2009.

WEINSTOCK & SCAVO, P.C.

_____
Jan P. Cohen
Georgia Bar No: 174337
Matthew W. Carlton
Georgia Bar No: 110389

*Attorneys for Plaintiff*
3405 Piedmont Road, N.E.
Suite 300
Atlanta, GA 30305
(404) 231-3999